UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BERMUDEZ, : | |
| : | |
| Petitioner : | |
| : | No. 1:17-CV-00519 |
| vs. : | |
| : | (Judge Rambo) |
| WARDEN, FCI ALLENWOOD - LOW : | |
| : | |
| Respondents : | |

# **ORDER**

**AND NOW,** this 8th day of June, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**.

2. Petitioner's emergency motion for preliminary injunction (Doc. No. 2) is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                        s/Sylvia H. Rambo
                        SYLVIA H. RAMBO
                        United States District Judge